ALTON M. BLAKE, Respondent, *v.* ARTHUR W. RICHARDSON et al., Appellants, Impleaded with Another.

*Blake* v. *Richardson,* 140 App. Div. 917, affirmed.
(Submitted October 15, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered October 19, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a promissory note.

*Scott W. Crane* for appellants.

*John Colmey* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J.